IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XCEL DATA SYSTEMS, INC., | No. CV-F-08-647 LJO/TAG |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF NO. CV-F-08-613 OWW/GSA |
| vs. | |
| DEREK BEST, et al., | |
| Defendants. | |

On May 2, 2008, Defendant Derek Best filed a Notice of Removal of *Xcel Data Systems, Inc. v. Derek Best, et al.*, No. S-1500-CV-363411 AEW, Kern County Superior Court.  The removed action was assigned Case No. CV-F-08-613 OWW/GSA.

On May 8, 2008, Defendant Derek Best filed a Notice of Removal of *Xcel Data Systems, Inc. v. Derek Best, et al.*, No. S-1500-CV-363411 AEW, Kern County Superior Court.  This removed action was assigned Case No. CV-F-08-647 LJO/TAG.

Because the removed actions are identical, Case No. CV-F-08-647 LJO/TAG is duplicative of No. CV-F-08-613 OWW/GSA.  There is

no legal or procedural reason for the second of the removed actions to proceed.

ACCORDINGLY, this action is DISMISSED as duplicative.

IT IS SO ORDERED.

**Dated:     May 28, 2008**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE